UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY P. SAUER, as director of the California Department of Rehabilitation,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, REHABILITATION SERVICES ADMINISTRATION, ROBERT D. STEINBERG, ROBERT R. HUMPHREYS, and MELINDA G. WILSON,

    Defendants.

No. 2:08-cv-02647-MCE-KJM

ORDER

----oo0oo----

Through the present action, Plaintiff appeals the result of an arbitration proceeding, convened pursuant to 20 U.S.C. § 107d-1(b) of the Randolph Sheppard Act, and pertaining to the removal of a blind vendor at the Roybal Federal Building in Los Angeles, California. Plaintiff now moves to change venue of the proceeding, pursuant to 28 U.S.C. §§ 1391(b)(2) and 1406(a), on grounds that both the events and circumstances at issue in the lawsuit occurred in Los Angeles, California.

1

1 | Los Angeles is within the jurisdiction of the United States
2 | District Court for the Central District of California, rather
3 | than the Eastern District where the matter is currently pending.
4 |     On or about February 2, 2009, Defendants filed a Statement
5 | of Non-Opposition to Plaintiff's Motion for Change of Venue.
6 | Given that non-opposition, and good cause appearing therefor,
7 | Plaintiff's Motion is GRANTED.[1]  The above-captioned case is
8 | hereby transferred pursuant to 28 U.S.C. § 1406(a) to the United
9 | States District Court for the Central District of California.
10 |     IT IS SO ORDERED.

Dated: February 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).