O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1161-AHM (PLAx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | ANTHONY P. SAUER v. UNITED STATES DEPARTMENT OF EDUCATION, REHABILITATION SERVICES ADMINISTRATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| George F. Langendorf – Intervenor | Ismael Armendariz Castro, CAG |
| | Caroline Lewis Wolverton, DOJ (via tel.) |

**Proceedings:**   MOTION to INTERVENE and Notice of Motion by David Zelickson [11] (non-evidentiary)

Court circulates its Chronology of Events and hears oral argument. For reasons and findings stated on the record, the Court grants the motion to intervene.

The parties are ordered to participate in a settlement conference before Magistrate Judge Paul L. Abrams. Mr. Langendorf is to contact Judge Abrams to arrange to have him hear the matter at his earliest convenience.

|  | : | 22 |
|---|---|---|
| | Initials of Preparer | SMO |