UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Anthony P. Sauer, as Director of the California Department of Rehabilitation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>United States Department of Education, Rehabilitation Services Administration, *et al.*,<br><br>　　　　　　　Defendant,<br><br>David Zelickson,<br><br>　　　　　　　Intervenor. | Case No. 2:09-CV-1161 (AHM) (PLAx)<br><br>**JUDGMENT RE: ARBITRATION DECISION AFFIRMED BY ORDER OF MARCH 17, 2010**<br><br>Judge: Hon. A. Howard Matz<br><br>Action Filed: Nov. 4, 2008 |

On March 17, 2010, this Court affirmed the April 7, 2008 decision of the arbitration panel in *In the Matter of Arbitration between: David Zelickson and California Department of Rehabilitation*, Case No. R-S/06-10 (April 7, 2008) ("the 2008 Arbitration"). *See* 3/17/2010 Order (Dkt. No. 52).

/ / /

/ / /

Pursuant to the relief afforded to Mr. Zelickson by the 2008 Arbitration, the Court hereby enters judgment in favor of Mr. Zelickson and orders Plaintiff to remit payment to Mr. Zelickson as follows:

**$248,214** if payment is made before April 7, 2010, or if payment is not made before April 7, 2010, $248,214 plus (1) $2,500 per month thereafter, and (2) interest on the principal amount of $140,000 as set forth in pages 13 and 14 of the April 7, 2008 Arbitration Order and Award.

**IT IS SO ORDERED.**

Dated: April 02, 2010                              By: _____

                                                            Hon. A. Howard Matz