O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-01161-AHM (PLAx) | Date | April 4, 2012 |
|---|---|---|---|
| Title | ANTHONY P. SAUER v. UNITED STATES DEPARTMENT OF EDUCATION, REHABILITATION SERVICES ADMINISTRATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Recorded | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In light of the March 27, 2012 Mandate issued by the United States Court of Appeals for the Ninth Circuit, the Court hereby sets a telephonic status conference date of April 23, 2012 at 1:30 p.m.  A joint status report must be filed by April 16, 2012 advising of the current status of discovery and, if appropriate, proposing new pretrial and trial dates using the Court's Presumptive Schedule of Pretrial Dates, attached hereto as Exhibit A.

Counsel are to originate the conference call.  After all participants have been assembled on the call, counsel are to contact the Court at (213) 894-5290 at the time and date specified above for specific instructions, which might include being required to remain available on the telephone until the case is called.

 :

Initials of Preparer   SMO

**JUDGE A HOWARD MATZ**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial date (jury) (court)** **Estimated length: _____ days** | 8:00 a.m. | | | | |
| **[Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony** | | - 1 | | | |
| **Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case** | 11:00 a.m. | - 2 | | | |
| **Lodge Pretrial Conf. Order** **File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement** | | - 4 | | | |
| **Last day for hand-serving Motions in Limine** | | - 6 | | | |
| **Last Day to Meet Before Final Pretrial Conference (L.R. 16-2)** | | - 8 | | | |
| **Last day for hearing motions** | 10:00 a.m. | - 8 | | | |
| **Last day for hand-serving motions and filing (other than Motions in Limine)** | | - 12 | | | |
| **Non-expert Discovery cut-off** | | - 14 | | | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

**L.R. 16-15 Settlement Choice:   (1) CT/USMJ     (2) Atty     (3) Outside ADR**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Expert discovery cut-off** | | - 6 | | | |
| **Rebuttal Expert Witness Disclosure** | | - 9 | | | |
| **Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]** | | - 13 | | | |
| **Last day to conduct Settlement Conference** | | | ▓ | ▓ | |
| **Last Day to Amend Pleadings or Add Parties** | | | ▓ | ▓ | |

# EXHIBIT A