JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY P. SAUER,            ) | Case No. CV09-01161-AHM (PLAx) |
|            Plaintiff,        ) | **JUDGMENT** |
|     v.                       ) | |
| UNITED STATES DEPARTMENT     ) | |
| OF EDUCATION,                ) | |
| REHABILITATION SERVICES      ) | |
| ADMINISTRATION, et al.,      ) | |
|            Defendants.       ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  WHEREAS in reversing this Court's March 17, 2010 Order, the Ninth Circuit Court of Appeals held that the Department of Rehabilitation ("DOR") had no statutory obligation to sue the General Services Administration ("GSA") to enforce the 2000 arbitration award, Sauer v. U.S. Dept. of Educ., 668 F.3d 644 (9th Cir. 2012); and

  WHEREAS the Ninth Circuit overturned and set aside the 2008 arbitration panel's ruling that DOR was liable to Intervenor for the damages Intervenor allegedly sustained because DOR had not brought an enforcement action against GSA.  Id.; and

/ / /

  WHEREAS both plaintiff and defendant have requested that this case be

1

1 | dismissed and closed; and

2 |     WHEREAS Intervenor has not established a right to have this case "kept open"
3 | (although, like the Ninth Circuit, this Court will "take no position on whether [a new
4 | and separate] action" by intervenor under 28 U.S.C. § 1361 or under 5 U.S.C. §
5 | 706(1) would be successful);

6 |     NOW THEREFORE, JUDGMENT IS HEREBY ENTERED in favor of
7 | Plaintiff.  This case shall be dismissed and closed.  Neither Plaintiff nor Defendant
8 | may recover attorneys' fees or costs.

9 |     IT IS SO ORDERED.

11 | Dated: April 24, 2012

                                                _____
A. Howard Matz
United States District Judge

13 | **JS-6**